AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beattie B. Ashmore, in his Capacity as Court Appointed Receiver for the Three Hebrew Boys,<br>*Plaintiff*<br>v.<br>Robert Lawrence and Carmen Lawrence<br>*Defendants* | )<br>)<br>)<br>)  Civil Action No.    3:13-1763-MBS<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff  Beattie B. Ashmore  recover from the defendants, Robert Lawrence and Carmen Lawrence the amount of One Hundred Fifteen Thousand, Three Hundred Eighty-Six and 43/100  dollars ($115,386.43), plus postjudgment interest at the rate of .11 %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.

Date:   October 4, 2013                                         *CLERK OF COURT*

                                                                s/Mary Deal

                                                    *Signature of Clerk or Deputy Clerk*